UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CIV-81092 – MARRA/JOHNSON

L.M.,

        Plaintiff,

v.

JEFFREY EPSTEIN,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, L.M. and Defendant, JEFFREY EPSTEIN, (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear their own attorneys fees and costs. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

Dated this 20th day of July, 2010

Respectfully submitted,

BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
Attorneys for Jeffrey Epstein

By: _____
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
303 Banyan Boulevard
Suite 400
West Palm Beach, FL 33401

FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, PL
Attorneys for L.M.

By: _____
BRADLEY J. EDWARDS, ESQ.
Florida Bar No. 542075
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
954-524-2820
954-524-2822 Fax

Page 2

561/842-2820 Phone
561/515-3148 Fax

brad@pathtojustice.com
*Counsel for Plaintiff*

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 20th day of July, 2010:

Respectfully submitted,

By: /s/ Robert D. Critton, Jr.
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar No.617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
303 Banyan Boulevard, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/515-3148 Fax
(*Counsel for Defendant Jeffrey Epstein*)

Bradley J. Edwards, Esq.
Farmer, Jaffe, Weissing, Edwards, Fistos
& Lehrman, PL
425 N. Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
954-524-2820
954-524-2822 Fax
brad@pathtojustice.com
*Counsel for Plaintiff*